IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHEIK FREEMAN,　　　　　　　　　　　　　　No. 3:19-cv-01326-JR

　　　　　　Plaintiff,

　v.

ADAM JEROME SILVER,　　　　　　　　　　　ORDER

　　　　　　Defendant.

HERNANDEZ, District Judge:

Magistrate Judge Russo issued a Findings and Recommendation (#7) on September 9, 2019, in which she recommends that this Court dismiss Plaintiff's amended complaint with prejudice. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find

no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings & Recommendation [7]. Accordingly, Plaintiff's amended complaint [6] is dismissed and this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 18 day of OCT, 2019.

MARCO A. HERNANDEZ
United States District Judge